**FOR THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **GLENDA RILEY,** *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION 4:25-cv-01174** |
| | § | |
| **WAL-MART STORES TEXAS, LLC,** | § | |
| *Defendant.* | § | |

**INDEX OF DOCUMENTS FILED IN STATE COURT**

1. Plaintiff's Original Petition, filed August 12, 2025;

2. Letter Requesting Citation, filed August 12, 2025;

3. Citation issued to Wal-Mart Stores Texas, LLC, filed August 12, 2025;

4. Return of Service from Wal-Mart Stores Texas, LLC, filed September 24, 2025;

Respectfully submitted,

By: ______________________________

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com
**J. RILEY HOWARD**
Texas Bar No. 24137964
rhoward@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202-3746
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR WALMART**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 20th day of October 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**DAVID A. JOHNSON**